

# Fourth Court of Appeals
## San Antonio, Texas

June 17, 2015

No. 04-14-00621-CV

**IN THE INT OF CJT, A CHILD**,

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 7,848
Honorable H. Paul Canales, Judge Presiding

## O R D E R

The two appellees in this appeal, Francisco Tovar Guajardo and Irma Perez Chapa, are represented by separate appellate counsel. Both appellees' briefs were originally due to be filed in this appeal on May 18, 2015. Both appellees previously were granted an extension of time to file their briefs, extending the deadline to June 17, 2015. Both appellees have filed a second motion requesting an additional extension of time to file their briefs until July 17, 2015, for a total extension of sixty days. The motions are GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT APPELLEES WILL BE GRANTED**. Appellees' briefs must be filed by July 17, 2015, or this appeal will be set "at issue" and submitted without briefs filed by appellees.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of June, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court